No. 04–7288.  REYNOLDS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–7299.  CANNON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–7303.  FREE *v.* UNKNOWN OFFICERS OF THE BUREAU OF PRISONS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–7309.  FULLER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–7310.  HERRERA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–7318.  CASTRO-BALDERAS, AKA MEDINA-TELFINO, AKA LUNA *v.* UNITED STATES; ARVIZO-ENRIQUEZ *v.* UNITED STATES; CHAVEZ-MARTINEZ *v.* UNITED STATES; MORENO-AMAYA, AKA GARCIA, AKA MORENO, AKA GUADALUPE MORENO *v.* UNITED STATES; RODRIGUEZ-LOPEZ *v.* UNITED STATES; and SOTO-VAQUERA, AKA SOTO, AKA VAGUERRA SOTO, AKA SOTO VAGUERRA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7320.  SANTANA-MARTINEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7321.  RHODES *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 04–7322.  SANCHEZ-GOMEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7323.  CISNEROS-MUNIZ *v.* UNITED STATES; and NAVARRETE-MORALES, AKA VALERANO-VASQUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7324.  AGUILAR-GARCIA *v.* UNITED STATES (Reported below: 105 Fed. Appx. 618); BRACERO-LEMUS *v.* UNITED STATES (105 Fed. Appx. 618); CENTENO-SANCHEZ *v.* UNITED STATES (105

Fed. Appx. 621); ESPARZA-ROBLES v. UNITED STATES (106 Fed. Appx. 918); GONZALEZ-VALLEJO v. UNITED STATES (105 Fed. Appx. 619); MENDIETA-GOMEZ v. UNITED STATES (105 Fed. Appx. 613); NAVA-ALVAREZ v. UNITED STATES (105 Fed. Appx. 627); DELGADO-PEREZ v. UNITED STATES (105 Fed. Appx. 612); TORRES-PESINA v. UNITED STATES (105 Fed. Appx. 623); RODRIGUEZ-PUENTE v. UNITED STATES (108 Fed. Appx. 881); SANTOS-SALINAS v. UNITED STATES (106 Fed. Appx. 921); and CARREON-SUAREZ v. UNITED STATES (105 Fed. Appx. 614). C. A. 5th Cir. Certiorari denied.

No. 04–7325. LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–7327. ZHANG v. CHARLES TOWN RACES & SLOTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7329. AVILA QUINONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7332. HUDDLESTON v. CONNOR, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–7343. DERR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7344. CARRENO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7348. FORD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7349. FELICIANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7351. GREEN v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7352. POWELL v. POLK, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7356. LIEBIG v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.